LEAVITT J. HUNT, as Trustee in Bankruptcy of the Estate of ROBERT A. OSBORN, Appellant, v. CHARLES S. OSBORN et al., Respondents.

*Hunt* v. *Osborn*, 86 App. Div. 464, affirmed.
(Argued November 22, 1904; decided December 6, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 24, 1903, affirming a judgment in favor of the defendants entered upon the report of a referee.

*Henry W. Jessup* and *William D. Gaillard* for appellant.

*William B. Davenport, A. A. Gardner* and *William G. Cooke* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Absent: WERNER, J.